**No. 10-7102. Lawrence Maynard, Petitioner v. United States.**

562 U.S. 1073, 131 S. Ct. 671, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9154.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 392 U.S. App. D.C. 291, 615 F.3d 544.

**No. 10-7108. Robert Lee Artic, Sr., Petitioner v. Wisconsin.**

562 U.S. 1074, 131 S. Ct. 671, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9126.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 327 Wis. 2d 392, 768 N.W.2d 430.

**No. 10-7110. Paulino Sanchez-Chaparro, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 671, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9379.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 392 Fed. Appx. 639.

**No. 10-7115. Dean Ramirez, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 672, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9050.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 388 Fed. Appx. 807.

**No. 10-7116. Roderick Stutts, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 672, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9245.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 390 Fed. Appx. 317.

**No. 10-7119. Efrem Rahoman Douglas, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 672, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9065.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7120. Marcus D. Dukes, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 672, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9189.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 270.

**No. 10-7123. Pedro Perez-Godinez, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 672, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9184.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 633.

**No. 10-7124. Rigoberto Molina-Uriostegui, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 672, 178 L. Ed. 2d 500, 2010 U.S. LEXIS 9327.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 603.